**No. 42057.**—Protest 918683–G of Herman Plant (New York).

Opinion by McClelland, P. J.   The samples were found to consist of articles made of colored feathers fastened together in various ways and shaped by cutting and binding to form what are millinery ornaments.   They were found to be not merely feathers suitable for use as millinery ornaments but articles manufactured from feathers.   The protest was therefore overruled.   Brown, J., dissented.